UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| SILVER DREAM, L.L.C., a Louisiana Limited Liability Company | ) ) ) | CIVIL ACTION NO. 2010-4317 |
| Plaintiff, | ) ) ) | SECTION "I" JUDGE LANCE AFRICK |
| v. | ) ) | |
| MARKET TRENDS, INC. | ) ) | DIVISION "5" MAGISTRATE JUDGE CHASEZ |

**AFFIDAVIT OF SERVICE**

BEFORE ME, the undersigned Notary Public, personally came and appeared Rebecca Hanson whose mailing address is 201 St. Charles Avenue, Suite 114, New Orleans, Louisiana 70170, who after being duly sworn, did state that on the 17th day of December, 2010 she served a certified copy of the Amended Complaint for Damages and Relief and Summons in this action under Louisiana Long Arm Statute, LSA-R.S. 13:1201, pursuant to Section 3204 of Title 14, by mailing them to the defendant, D.K. Enterprises, 1204 Broadway, Suite 203, New York, New

York, 10001, via United Parcel Service (UPS) as fully demonstrated by the delivery receipt attached hereto indicating that same was delivered to D.K. Enterprises on December 20, 2010.

*Rebecca Hanson*
Rebecca Hanson

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 25 day of January, 2011

*Cheryle P. Cruess*
NOTARY PUBLIC

Print Name: Cheryle P. Cruess

Bar/Notary Roll No.: 1993/200093

My commission expires: May 3, 2013