**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

     **IT IS ORDERED** that the following cases will be called on **April 6, 2011, at 9:00 a.m.** before JUDGE LANCE M. AFRICK in Room C427, 500 Poydras Street, New Orleans, Louisiana.  The case will be DISMISSED upon failure of plaintiff's counsel to report the status thereof or in the absence of good cause shown why the case should remain on the docket.

| | |
|---|---|
| 10-1901 | James David Beck v. Teva Pharmaceutical Industries, Ltd., et al<br>No service as to the defendants, Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals, USA.  Complaint filed July 3, 2010. |
| 10-2107 | Edward F. Authenment, III  v. Ingram Barge Company, et al<br>No service as to the defendant, Sunmark Contract Staffing, Inc.   No answer or default judgment as to the defendants, Mid-Coast Barge Corporation (served January 31, 2011), Kinder Morgan Bulk Terminals, Inc. (served January 25, 2011), Kinder Morgan Liquids Terminals (served January 25, 2011), LLC and Kinder Morgan Energy Partners, L.P. (served January 25, 2011.)  Complaint filed July 27, 2010. |
| 10-2832 | John Pace, et al v. Maximum Staffing, LLC, et al<br>No answer or default judgment as to the defendants Maximum Staffing, LLC and Thu Le (both granted an extension of time to answer until February 14, 2011.)  Complaint filed August 26, 2010. |
| 10-3197 | Frederick R. Heebe v. Electrolux Professional, Inc., et al<br>No service as to the defendants, Electrolux Professional, Inc. and Molteni Company.  Complaint filed September 20, 2010. |
| 10-3240 | Sucre, LLC v. Robert Shea, et al<br>No service as to the defendants, Robert Shea and Devil In An Apron, Inc.  Complaint filed September 23, 2010. |
| 10-4106 | Terry M. Lott v. River Ventures, LLC<br>No answer or default judgment as to the defendant River Ventures, LLC  (waiver of service executed on December 27, 2010.)  Complaint filed October 26, 2010. |
| 10-4107 | Omni Bank v. Mathilde T. Stone, et al<br>No service as to the defendants, Mathilde T. Stone and Mathilde S. Leary.  No answer or default judgment as to the defendants, Prieur J. Leary, Jr. (served February 5, 2011) and Polaris Investments Limited (served February 3, 2011.)  Complaint filed October 26, 2010. |

| | |
|---|---|
| 10-4153 | Derrick Peter Henderson v. Residential Credit Solutions, Inc.<br>No service as to the defendant, Residential Credit Solutions, Inc.  Complaint filed November 3, 2010. |
| 10-4306 | Northwestern National Insurance Company of Milwaukee, Wisconsin v. Gerald Burge<br>No service as to the defendant, Gerald Burge.  Complaint filed November 12, 2010. |
| 10-4311 | Salvadore Battaglia v. Federal Emergency Management Agency<br>No service as to the defendant, Federal Emergency Management Agency. Complaint filed November 15, 2010. |
| 10-4317 | Silver Dream, LLC v. Market Trends, Inc., et al<br>No service as to the defendant, Market Trends, Inc.  No answer or default judgment as to the defendant, D.K. Enterprises of Syracuse, Inc. (served December 21, 2010.)  Complaint filed November 12, 2010. |
| 10-4439 | Sue D. Bonderson, et al v. Three Fold Consultants, LLC, et al<br>No answer or default judgment as to the defendants, Three Fold Consultants, LLC and Terry Elnaggar (served January 19, 2011.)  Complaint filed December 1, 2010. |
| 10-4481 c/w<br>10-4482 | Gerald Green, et al v. Archer Daniels Midland<br>No service as to the defendant, Archer Daniels Midland.  Complaint filed December 7, 2010.  **REF: BOTH CASES** |
| 10-4553 | Bich Thuy Tran v. State Farm Mutual Automobile Insurance Compamy, et al<br>No service as to the defendant, Mark Katz.  Complaint filed December 16, 2010. |

New Orleans, Louisiana, March   14th  , 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE