UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| SILVER DREAM, L.L.C., a Louisiana Limited Liability Company | ) ) ) | CIVIL ACTION NO. 2010-4317 |
| Plaintiff, | ) ) ) | SECTION "I" JUDGE LANCE AFRICK |
| v. | ) ) | |
| MARKET TRENDS, INC. | ) ) | DIVISION "5" MAGISTRATE JUDGE CHASEZ |

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned Notary Public, personally came and appeared Rebecca Hanson whose mailing address is 201 St. Charles Avenue, Suite 114, New Orleans, Louisiana 70170, who after being duly sworn, did state that on the 16th day of November, 2010 she served a certified copy of the Complaint for Damages and Summons in this action under Louisiana Long Arm Statute, LSA-R.S. 13:1201, pursuant to Section 3204 of Title 14, by mailing them to the defendant, Market Trends, Inc., 1731 North Main Street, Summerville, South Carolina, 29483, via the United States Postal Service's Priority Mail service with delivery confirmation as fully

demonstrated by the delivery receipt attached hereto indicating that same was delivered to Market Trends, Inc. on November 19th, 2010.

*Rebecca Hanson*
Rebecca Hanson

SWORN TO AND SUBSCRIBED before me, Notary Public, on this ___ day of April, 2011

*Marie F. d'Ambrosi*
NOTARY PUBLIC

Print Name: Marie F. d'Ambrosi

Bar/Notary Roll No.:_____

My commission expires: _____