## Greg Latham

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Friday, November 19, 2010 4:09 PM |
| **To:** | glatham@iplawconsulting.com |
| **Subject:** | USPS Shipment Info for 0496 9011 5420 2203 5430 |

This is a post-only message. Please do not respond.

Greg Latham has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 0496 9011 5420 2203 5430

Service Type: Priority Mail Delivery Confirmation

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | CHARLESTON SC 29407 | 11/19/10  1:22pm |
| Out for Delivery | CHARLESTON SC 29407 | 11/19/10  9:18am |
| Sorting Complete | CHARLESTON SC 29407 | 11/19/10  9:08am |
| Arrival at Post Office | CHARLESTON SC 29407 | 11/19/10  6:25am |
| Processed through Sort Facility | RALEIGH NC 27676 | 11/17/10  8:11pm |
| Acceptance | RALEIGH NC 27612 | 11/16/10  7:44pm |

Reminder: Track & Confirm by email

Date of email request:  11/17/10

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm

--------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm